UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 05-60149-CR-COHN/TORRES



UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL McKAY, and ROBERT McKAY

    Defendants.

_____/

## ORDER DENYING DEFENDANTS' MOTION TO STRIKE GOVERNMENT EXHIBITS INTRODUCED AT THE FORFEITURE HEARING

**THIS CAUSE** is before the Court upon the Defendants' Motion to Strike Government Exhibits Introduced at the Forfeiture Hearing [DEs 245 & 246]. The Court has carefully considered the Motion and the Government's Response [DE 249], and is otherwise fully advised in the premises.[1]

Defendants seek to strike six exhibits comprising the LM-2 Reports filed by the American Maritime Union ("AMO Union") with the United States Department of Labor which covered the following time periods: 1) 3/27/93 through 3/25/94; 2) 3/26/94 through 3/3/1/95; 3) 4/1/95 through 3/29/06; 4) 3/30/96 through 3/28/97; 5) 3/29/97 through 3/27/98; and 6) 3/27/98 through 3/26/99. Defendants allege that the Government's failure to produce the records before the forfeiture trial violated Federal Rule of Criminal Procedure 16(a)(1). The six reports were admitted over objection during the non-jury trial regarding forfeiture on January 29, 2007. However, the Court

---

[1] Defendants have not filed a Reply and the time for filing a Reply has passed.

granted Defendants three weeks leave to review the exhibits and, if necessary, file a motion to strike. The instant Motion followed.

Defendants allege a discovery violation in that the six reports were not provided in advance of the forfeiture hearing. In its Response, the Government states that the reports delineated in items 2 through 6 above were provided to the Defendants during discovery. As this statement remains undisputed by the Defendants, the Court finds that there was no discovery violation for the LM-2 reports covering 3/26/94 through 2/36/99. Therefore, Defendants' Motion shall be denied as to these documents.

Although the final LM-2 report was not disclosed during discovery, the Court also finds that the LM-2 report for the time period of 3/27/93 through 3/25/94 shall not be stricken. Following the admission of this report at the January 29 trial, the Court kept the record open for over three weeks to allow the Defendants sufficient time to thoroughly review the report and offer additional evidence in light of the late disclosure. Further, although the Defendants were not provided with a copy of the report prior to the trial, they were fully aware of its contents since they knew what their salaries were during the relevant time period and had signed the reports before they were filed with the United States Department of Labor. Therefore, any prejudice suffered by Defendants as a result of the late disclosure was ameliorated and the Motion shall thus be denied.

Based on the foregoing, it is **ORDERED AND ADJUDGED** that Defendants' Motion to Strike Government Exhibits Introduced at the Forfeiture Hearing [DEs 245 &

246] is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 13th day of March 2007.

JAMES I. COHN
UNITED STATES DISTRICT JUDGE

Copies to:
All counsel of record